**ATOMIC FUEL EXTRACTION COR-
PORATION, Petitioner,**

v.

**ESTATE of Tom SLICK et al., Respondents.**

No. A–10653.

Supreme Court of Texas.

July 14, 1965.

Rehearing Denied May 4, 1966.

Sears & Burns, Houston, W. R. Smith, San Antonio, John H. Tippit, Denver, Colo., for petitioner.

Carl Wright Johnson and Nat L. Hardy, Stahl & Sohn, Cox, Smith & Smith, San Antonio, for respondents.

PER CURIAM.

We refuse the application for writ of error with the notation "no reversible error." 386 S.W.2d 180. However, such action is not to be construed as approval of that part of the Court of Civil Appeals' opinion which holds that only nominal damages may be recovered for the loss of sales of uranium concentrates.

POPE, J., not sitting.